✎AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
NORTHERN District of NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| vs. | |
| JOSEPH SHARPLEY | Case Number: 5:04-cr-00388-001 |
| | USM Number: 12771-052 |
| Date of Previous Judgment: August 5, 2005 | Lisa Peebles, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

Upon motion of ☒ the defendant  ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ DENIED.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: 28 | Amended Offense Level: ___ |
| Criminal History Category: IV | Criminal History Category: ___ |
| Previous Guideline Range: 180 months as required by statute | Amended Guideline Range: ___ |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**): ___

**III. ADDITIONAL COMMENTS**

The defendant was sentenced to a 10 year mandatory minimum sentence on Count 1 and a consecutive 5 year mandatory minimum sentence on Count 2.

**IT IS SO ORDERED**.

June 5, 2009
Order Date

Norman A. Mordue
Chief United States District Court Judge

___
Effective Date (if different from order date)